# CERTIFICATION OF ENTIRE RECORD

*STATE OF LOUISIANA*
*PARISH OF WEST BATON ROUGE*

*I, Charla Hunt, Deputy Clerk of Court in and for the Parish of West Baton Rouge, State of Louisiana, do hereby certify that the attached documents are true and correct copies of the civil suit entitled, KEVIN GROS VS. CARTER J. HULL, ET AL Docket Number 1047508 DIV. "D" consisting of 13 pages, the originals of which documents are on file in the office of the Clerk and Recorder for the Parish of West Baton Rouge.*

*Port Allen, Louisiana, on AUGUST 5, 2022*



Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

**EXHIBIT 1**

**KEVIN GROS**                                    NUMBER 1047508   SEC D

VERSUS                                            18th JUDICIAL DISTRICT COURT

                                                  PARISH OF WEST BATON ROUGE
**CARTER J. HULL, NEW PRIME, INC.
AND ACE AMERICAN INSURANCE
COMPANY**                                         STATE OF LOUISIANA

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, Kevin Gros, a person of the full age of majority who is domiciled in the Parish of East Baton Rouge, State of Louisiana, who respectfully avers as follows:

1.

Made defendants herein are:

- A. **CARTER J. HULL**, a person of the full age of majority who is domiciled in the County of Greenville, State of South Carolina;

- B. **NEW PRIME, INC.**, a foreign corporation authorized to do and actually doing business in the State of Louisiana with its principal place of business in the State of Louisiana; and

- C. **ACE AMERICAN INSURANCE COMPANY**, a foreign insurance corporation authorized to do and actually doing business in the State of Louisiana;

who are indebted to plaintiff, Kevin Gros, for general and special damages in a principal amount that is reasonable in the premises, together with legal interest on the principal amount awarded from the date of judicial demand until paid and for all costs of this proceeding, including any expert witness fees and expenses, for the following reasons, to wit:

2.

On or about June 16, 2021, plaintiff, Kevin Gros (hereinafter "plaintiff"), was the owner of and driving a 2016 Honda Civic southbound in the right lane of LA Highway 415 (Lobdell Highway) within the Parish of West Baton Rouge, State of Louisiana when he arrived at the intersection of LA Highway 415 and the off ramp/on ramp for traffic on I-10. Plaintiff enjoyed the right-of-way and lawfully proceeded into the intersection.

3.

At the same time and place, defendant, Carter J. Hull (hereinafter "Hull"), was driving a 2020 Freightliner pulling a box trailer (tractor-trailer) owned by defendant, New Prime, Inc. (hereinafter "New Prime"), northbound on LA Highway 415 when he arrived at the intersection of LA Highway 415 and the off ramp/on ramp for traffic on I-10, proceeded to attempt a left turn, unlawfully entered the intersection, and drove directly into the path of the vehicle owned and being

Scanned & Filed    JUN 0 8 2022

driven by plaintiff, thereby causing a violent collision between the tractor-trailer he was driving and plaintiff's vehicle, and that impact caused plaintiff to sustain the personal injuries, property damage and related losses more specifically set forth herein below.

4.

The motor vehicle accident made the subject of this proceeding and plaintiff's related damages were caused solely and proximately by the negligence and/or fault of Hull, said negligence and/or fault consisting of, but not limited to, the following:

- a. Attempting a left turn when it was unsafe to do so;
- b. Failing to yield the right-of-way;
- c. Failing to act in a reasonable manner under the circumstances;
- d. Failing to observe what the exercise of ordinary care would have revealed;
- e. Driving in a reckless and inattentive manner; and
- f. Any and all other acts of negligence and/or fault to be proven at the trial of this matter.

5.

Nothing plaintiff or any third party did or failed to do was a possible cause-in-fact of the motor vehicle accident made the subject of this proceeding.

6.

Plaintiff has sustained personal injuries, property damage and related losses as the direct consequence of negligence and/or fault on the part of Hull. LSA-C.C. Article 2315.

7.

Plaintiff is entitled to recover damages for the following:

- a. Past, present and future physical pain and suffering;
- b. Past, present and future mental anguish;
- c. Physical disability and/or impairment;
- d. Past and future lost income;
- e. Property damage;
- f. Loss of use;
- g. Depreciation in property value;
- h. Inconvenience; and
- i. Loss of enjoyment of life.

8.

As a direct result of personal injuries sustained by plaintiff as a consequence of the motor vehicle accident made the subject of this proceeding, he has incurred and will continue to incur medical expenses which he is entitled to recover, including, but not limited to, diagnostic and treatment expenses, prescription medication charges, rehabilitation and/or physical therapy charges, related travel expenses and/or any other related and necessary expenses.

9.

Plaintiff alleges on information and belief that at all times material to this proceeding Hull was an employee of New Prime and he was acting within the course and scope of that employment at the time of the motor vehicle accident made the subject of this proceeding. As such, New Prime is vicariously liable for the negligence and/or fault attributable to Hull pursuant to the legal doctrine of *respondeat superior*. LSA-C.C. Article 2320.

10.

Plaintiff alleges on information and belief that there was in full force and effect a policy of automobile liability insurance issued by defendant, ACE American Insurance Company (hereinafter "ACE"), insuring the 2020 Freightliner pulling a box trailer (tractor-trailer) owned by New Prime and being driven by Hull at the time of the motor vehicle accident made the subject of this proceeding, which policy serves to indemnify Hull and/or New Prime for the negligence and/or fault described hereinabove, and ACE is liable *in solido* with Hull and/or New Prime for all damages due plaintiff.

11.

Plaintiff alleges amicable demand to no avail.

12.

The principal amount of plaintiff's claim for damages, exclusive of legal interest and costs, exceeds the requisite amount for a trial by jury, but does not exceed the principal amount of Seventy-Five Thousand and 00/100 ($75,000.00) Dollars. LSA-C.C.P. Article 1732(1).

WHEREFORE, plaintiff, Kevin Gros, prays that defendants, Carter J. Hull, New Prime, Inc. and ACE American Insurance Company, be served with this Petition for Damages and duly cited to appear and answer same, and following the expiration of all legal delays and after due proceedings had, there be judgment herein in favor of plaintiff, Kevin Gros, and against defendants, Carter J. Hull, New Prime, Inc. and ACE American Insurance Company, jointly and

*in solido*, for general and special damages in a principal amount that is reasonable in the premises, together with legal interest on the principal amount awarded from the date of judicial demand until paid and for all costs of this proceeding, including any expert witness fees and expenses.

Respectfully Submitted:

**Gordon McKernan Injury Attorneys**

By: _____
WILLIAM J. MITCHELL, II, No. 17063
5656 Hilton Avenue
Baton Rouge, LA 70808
Telephone: (225) 888-8888
Facsimile: (225) 926-1202

**SERVICE INFORMATION**

PLEASE SERVE:

***VIA LOUISIANA LONG ARM STATUTE***
Carter J. Hull
702 Very Fine Drive
Fountain Inn, SC 29644

New Prime, Inc.,
through its agent for service of process:
Incorp Services, Inc.
3867 Plaza Tower Drive, 1st Floor
Baton Rouge, LA 70816

ACE American Insurance Company,
through its agent for service of process:
R. Kyle Ardoin
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**KEVIN GROS**                                    NUMBER *1047508* SEC. *D*

**VERSUS**                                        18th JUDICIAL DISTRICT COURT

                                                  PARISH OF WEST BATON ROUGE

**CARTER J. HULL, NEW PRIME, INC.**
**AND ACE AMERICAN INSURANCE**
**COMPANY**                                       STATE OF LOUISIANA

## REQUEST FOR NOTICE

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send me, as counsel of record, written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exceptions, rules, or on the merits thereof, or any assignment of fixing said case.

Also, in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby requested to send me immediate notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment.

This Request for Notice is made with full reservation of all rights, and I ask that you file this Request in the record with my pleadings as formal notice of same.

Respectfully Submitted:

**Gordon McKernan Injury Attorneys**

By: _____
WILLIAM J. MITCHELL, II, No. 17063
5656 Hilton Avenue
Baton Rouge, LA 70808
Telephone: (225) 888-8888
Facsimile: (225) 926-1202

## LONG ARM CITATION
### CITATION PURSUANT TO THE PROVISIONS OF LSA-R.S. 13:3201 ET SEQ.

**KEVIN GROS**

Versus

**CARTER J. HULL, ET AL**



Case: 00001047508
Division: D
18th Judicial District Court
Parish of West Baton Rouge
State of Louisiana

TO: CARTER J. HULL
    702 VERY FINE DRIVE
    FOUNTAIN INN, SC 29644

**YOU ARE HEREBY SUMMONED** to comply with the prayer of the attached **PETITION FOR DAMAGES** or file your answer thereto in writing, in the office of the Clerk of Court for the 18th Judicial District Court of the State of Louisiana, in and for the Parish of West Baton Rouge, situated at the Court House of said Parish within thirty(30) days after the filing in the record of the affidavit of the individual who either:

(a) mailed the process to the defendant, showing that it was enclosed in an envelope properly addressed to the defendant, with sufficient postage affixed, and the date it was deposited in the United States mail, to which shall be attached the return receipt of the defendant; or

(b) actually delivered the process to the defendant, showing the date and place, and manner of delivery, under penalty of default.

WITNESS, THE HONORABLE JUDGES OF SAID COURT, ON JUNE 8, 2022

*Debra Helveat*
Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

Attorney: WILLIAM MITCHELL II

[ FILE COPY ]

## CITATION

**KEVIN GROS**

Versus

**CARTER J. HULL, ET AL**



Case: 00001047508
Division: D
18th Judicial District Court
Parish of West Baton Rouge
State of Louisiana

---

SERVE: NEW PRIME, INC.
THROUGH AGENT: INCORP SERVICES, INC.
3867 PLAZA TOWER DRIVE, 1ST FLOOR
BATON ROUGE, LA 70816

You are named as a defendant in the above captioned matter. Attached to this citation is a:

- ☒ Certified Copy of Original Petition
- ☐ Certified Copy of Amended Petition
- ☐ Discovery Request

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the Office of the Clerk of Court of the 18th Judicial District Court for the Parish of West Baton Rouge, located at 850 Eighth Street, Port Allen, LA 70767 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30)** days after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk for the Court for the Parish of West Baton Rouge on June 8, 2022.

*Debra Helcat*
Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

Attorney: WILLIAM MITCHELL II

NOTICE FOR PERSONS IN NEED OF ACCOMODATIONS OR LANGUAGE ASSISTANCE
If you are a person with a disability who requires reasonable accommodation or an individual with limited proficiency in the English Language who needs foreign language assistance in order to participate in this proceeding, you may be entitled to certain assistance at no cost to you. Please contact the West Baton Rouge Parish Clerk of Court, 850 Eighth Street, Port Allen, Louisiana 70767, telephone number 225-383-0378, within two working days of receipt of this notice. If you are hearing and/or voice impaired, you may call the Louisiana Relay Center at 1-800-846-5277 (TDD only) or 1-800-947-5277 (voice).

[ FILE COPY ]

## CITATION



**KEVIN GROS**

Versus

**CARTER J. HULL, ET AL**

Case: 00001047508
Division: D
18th Judicial District Court
Parish of West Baton Rouge
State of Louisiana

SERVE:  ACE AMERICAN INSURANCE COMPANY
        THROUGH LA SECRETARY OF STATE
        8585 ARCHIVES AVE
        BATON ROUGE, LA  70809

*You are named as a defendant in the above captioned matter. Attached to this citation is a:*

☒ Certified Copy of Original Petition

☐ Certified Copy of Amended Petition

☐ Discovery Request

*You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the Office of the Clerk of Court of the 18th Judicial District Court for the Parish of West Baton Rouge, located at 850 Eighth Street, Port Allen, LA 70767 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.*

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30)** days after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

*This Citation was issued by the Clerk for the Court for the Parish of West Baton Rouge on June 8, 2022.*

*Debra Hebert*
Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

Attorney:  WILLIAM MITCHELL II

*NOTICE FOR PERSONS IN NEED OF ACCOMODATIONS OR LANGUAGE ASSISTANCE*
*If you are a person with a disability who requires reasonable accommodation or an individual with limited proficiency in the English Language who needs foreign language assistance in order to participate in this proceeding, you may be entitled to certain assistance at no cost to you. Please contact the West Baton Rouge Parish Clerk of Court, 850 Eighth Street, Port Allen, Louisiana 70767, telephone number 225-383-0378, within two working days of receipt of this notice. If you are hearing and/or voice impaired, you may call the Louisiana Relay Center at 1-800-846-5277 (TDD only) or 1-800-947-5277 (voice).*

[ FILE COPY ]

## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet - LA. R.S. 13:4688 &
### Part G, 13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:** Kevin Gros
VS.
Carter J. Hull, New Prime, Inc. and Ace American Insurance Company

**Court:** 18th Judicial District Court   **Docket Number:** 1047508 D

**Parish of Filing:** Parish of West Baton Rouge   **Filing Date:** 6/8/2020

**Name of Lead Petitioner's Attorney:** William J. Mitchell, II

**Name of Self-Represented Litigant:** N/A

**Number of named petitioners:** 1   **Number of named defendants:** 3

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- [X] Auto: Personal Injury
- [ ] Auto: Wrongful Death
- [ ] Asbestos: Property Damage
- [ ] Product Liability
- [ ] Intentional Bodily Injury
- [ ] Intentional Wrongful Death
- [ ] Business Tort
- [ ] Defamation
- [ ] Environmental Tort
- [ ] Intellectual Property
- [ ] Legal Malpractice
- [ ] Other Professional Malpractice
- [ ] Maritime
- [ ] Wrongful Death
- [ ] General Negligence
- [ ] Auto: Property Damage
- [ ] Auto: uninsured Motorist
- [ ] Asbestos: Personal Injury
- [ ] Premise Liability
- [ ] Intentional Property Damage
- [ ] Unfair Business Practice
- [ ] Fraud
- [ ] Professional Negligence
- [ ] Medical Malpractice
- [ ] Toxic Tort
- [ ] Other Tort (describe below)
- [ ] Redhibition
- [ ] Class Action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
auto accident

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

**Name** William J. Mitchell, II   **Signature** [signed]

**Address** 5656 Hilton Avenue, Baton Rouge, LA 70808

**Phone number:** 225-215-6088   **E-mail address** bill@getgordon.com

*Scanned & Filed*
*JUN 13 2022*

RECEIVED AND FILED
2022 JUN 13 AM 9:14
CLERK OF COURT
WEST BATON ROUGE PARISH

# CITATION

$40.44

**KEVIN GROS**

*Versus*

**CARTER J. HULL, ET AL**



RETURN TO W B R CLERK

Case: 00001047508
Division: D
18th Judicial District Court
Parish of West Baton Rouge
State of Louisiana

SERVE: ACE AMERICAN INSURANCE COMPANY
THROUGH LA SECRETARY OF STATE
8585 ARCHIVES AVE
BATON ROUGE, LA 70809

You are named as a defendant in the above captioned matter. Attached is/are the:

☒ Certified Copy of Original Petition

☐ Certified Copy of Amended Petition

☐ Discovery Request

I made service on the named party through the Office of the Secretary of State on

**JUN 2 2 2022**

by tendering a copy of this document to:
JULIE NESBITT

DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, LA

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the Office of the Clerk of Court of the 18th Judicial District Court for the Parish of West Baton Rouge, located at 850 Eighth Street, Port Allen, LA 70767 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30)** days after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk for the Court for the Parish of West Baton Rouge on June 8, 2022.

RECEIVED
JUN 2 1 2022
E.B.R. SHERIFF'S OFFICE

Attorney: WILLIAM MITCHELL II



Debra Helvea
Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

**NOTICE FOR PERSONS IN NEED OF ACCOMODATIONS OR LANGUAGE ASSISTANCE**
If you are a person with a disability who requires reasonable accommodation or an individual with limited proficiency in the English Language who needs foreign language assistance in order to participate in this proceeding, you may be entitled to certain assistance at no cost to you. Please contact the West Baton Rouge Parish Clerk of Court, 850 Eighth Street, Port Allen, Louisiana 70767, telephone number 225-383-0378, within two working days of receipt of this notice. If you are hearing and/or voice impaired, you may call the Louisiana Relay Center at 1-800-846-5277 (TDD only) or 1-800-947-5277 (voice).

Scanned & Filed  JUL 0 6 2022  [ RETURN COPY ]

## CITATION

ZZZ $39.28

| KEVIN GROS | | Case: 00001047508 |
|---|---|---|
| Versus |  | Division: D |
| | | 18th Judicial District Court |
| CARTER J. HULL, ET AL | | Parish of West Baton Rouge |
| | | State of Louisiana |

SERVE: NEW PRIME, INC.
THROUGH AGENT: INCORP SERVICES, INC.
3867 PLAZA TOWER DRIVE, 1ST FLOOR
BATON ROUGE, LA 70816

You are named as a defendant in the above captioned matter. Attached to this citation is a:

☒ Certified Copy of Original Petition

☐ Certified Copy of Amended Petition

☐ Discovery Request

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the Office of the Clerk of Court of the 18th Judicial District Court for the Parish of West Baton Rouge, located at 850 Eighth Street, Port Allen, LA 70767 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk for the Court for the Parish of West Baton Rouge on June 8, 2022.

Debra Helveat
Deputy Clerk of Court
★Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

NOTICE FOR PERSONS IN NEED OF ACCOMODATIONS OR LANGUAGE ASSISTANCE
If you are a person with a disability who requires reasonable accommodation or an individual with limited proficiency in the English Language who needs foreign language assistance in order to participate in this proceeding, you may be entitled to certain assistance at no cost to you. Please contact the West Baton Rouge Parish Clerk of Court, 850 Eighth Street, Port Allen, Louisiana 70767, telephone number 225-383-0378, within two working days of receipt of this notice. If you are hearing and/or voice impaired, you may call the Louisiana Relay Center at 1-800-846-5277 (TDD only) or 1-800-947-5277 (voice).

Scanned & Filed   JUL 06 2022   [ RETURN COPY ]

**KEVIN GROS**             **NUMBER 1047508 DIV. "D"**

**VERSUS**             **18th JUDICIAL DISTRICT COURT**

**CARTER J. HULL, NEW PRIME, INC.**    **PARISH OF WEST BATON ROUGE**
**AND ACE AMERICAN INSURANCE**
**COMPANY**             **STATE OF LOUISIANA**

RECEIVED AND FILED
CLERK OF COURT
WEST BATON ROUGE PARISH
2022 JUL 15 PM 1:51

### FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, Kevin Gros (hereinafter "plaintiff"), who respectfully supplements and amends his original Petition for Damages as follows:

I.

Plaintiff's original Petition for Damages was filed with the Clerk of Court for this Honorable Court on June 8, 2022. That pleading names Carter J. Hull, New Prime, Inc. and ACE American Insurance Company as defendants.

II.

None of the defendants named in plaintiff's original Petition for Damages have filed any responsive pleadings to date. As such, plaintiff may amend his original Petition for Damages without leave of Court. LSA-R.S. 1151.

III.

Plaintiff respectfully amends his original Petition for Damages as follows:

"12.

The principal amount of plaintiff's claim for damages, exclusive of legal interest and costs, exceeds the requisite amount for a trial by jury, and further exceeds the principal amount of Seventy-Five Thousand and 00/100 ($75,000.00) Dollars. LSA-C.C.P. Art. 1732."

IV.

Plaintiff hereby adopts all other allegations, averments and demands set forth in his original Petition for Damages as though reiterated herein and copied *in extenso*.

WHEREFORE, plaintiff, Kevin Gros, respectfully prays as follows:

I.

That this First Supplemental and Amending Petition for Damages be deemed sufficient and filed into the record for this proceeding; and



Scanned & Filed

JUL 15 2022

II.

That defendants, Carter J. Hull, New Prime, Inc. and ACE American Insurance Company, be served with this First Supplemental and Amending Petition for Damages, together with a conformed copy of plaintiff's original Petition for Damages, and duly cited to appear and answer same, and following the expiration of all legal delays and after due proceedings had, there be judgment herein in favor of plaintiff, Kevin Gros, and against defendants, Carter J. Hull, New Prime, Inc. and ACE American Insurance Company, jointly and *in solido*, for general and special damages in a principal amount that is reasonable in the premises, together with legal interest on the principal amount awarded from the date of judicial demand until paid and for all costs of this proceeding, including any expert witness fees and expenses.

Respectfully Submitted:

**Gordon McKernan Injury Attorneys**

By: _____
WILLIAM J. MITCHELL, II, No. 17063
5656 Hilton Avenue
Baton Rouge, LA 70808
Telephone: (225) 888-8888
Facsimile: (225) 926-1202