UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN GROS | CIVIL ACTION NO. 22-542-SDD-SDJ |
| VERSUS | JUDGE: SHELLY D. DICK |
| CARTER J. HULL, ET AL | MAGISTRATE: SCOTT D. JOHNSON |

## JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE

NOW INTO COURT, through undersigned counsel, come Plaintiff Kevin Gros, and Defendants Carter J. Hull, New Prime Inc., and Ace American Insurance Company who respectfully request this Court continue the Settlement Conference from Wednesday, October 4, 2023 at 2:00 p.m.

The parties have extended deadlines, continue to engage in expert discovery and have recently scheduled a mediation on Tuesday, December 5, 2023.

WHEREFORE, the parties respectfully request that the Court grant this Joint Motion and continue the settlement conference to the mutually agreed date and time to occur after the Tuesday, December 5, 2023, mediation.

[*Signature block on next page*]

1

Respectfully Submitted:

| | |
|---|---|
| */s/ William J. Mitchell, II*_____ | */s/ Matthew W. Bailey*_____ |
| William J. Mitchell, II (#17063) | Matthew W. Bailey (#21459) |
| GORDAN MCKERNAN INJURY ATTORNEYS | Katherine M. Cook (#37640) |
| 5656 Hilton Avenue | Shannon M. Kippers (#37736) |
| Baton Rouge, Louisiana 70808 | IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC |
| Telephone: (225) 888-8888 | 450 Laurel Street, Suite 1150 |
| Facsimile: (225) 926-1202 | Baton Rouge, Louisiana 70801 |
| Email: bill@getgordon.com | Telephone: (225) 615-7150 |
| | Facsimile: (225) 615-7179 |
| *Attorney for Plaintiff, Kevin Gros* | Email: mbailey@irwinllc.com |
| | Email: kcook@irwinllc.com |
| | Email: skippers@irwinllc.com |
| | |
| | *Attorneys for Defendants, Carter J. Hull, New Prime Inc., and Ace American Insurance Company* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon all counsel to these proceedings by the electronic court filing system, this 5th day of September, 2023.

_____*/s/ Matthew W. Bailey*_____