UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN GROS | CIVIL ACTION NO. 22-542-SDD-SDJ |
| VERSUS | JUDGE: SHELLY D. DICK |
| CARTER J. HULL, ET AL | MAGISTRATE: SCOTT D. JOHNSON |

**PROPOSED ORDER TO CONTINUE SETTLEMENT CONFERENCE**

IT IS HEREBY ORDERED that the Joint Motion to Continue Settlement Conference is granted and that the Settlement Conference initially scheduled for Wednesday, October 4, 2023, at 2:00 p.m. shall be rescheduled to occur on _____, day of _____, 20__ at __a.m. or p.m.

Done and ordered this _____ day of _____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1